## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PENDLETON DIVISION

| | |
|---|---|
| JONATHAN TALLMAN, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DILLON SPENCER, an individual,<br><br>　　　　Defendant. | Case No. 2:23-cv-1773-HL<br><br>JUDGMENT OF DISMISSAL WITH PREJUDICE |

On November 4, 2024, the Court dismissed Plaintiff's initial complaint, with leave to amend, pursuant to ORS 31.150(1). Plaintiff filed a First Amended Complaint.

On April 14, 2025, Magistrate Judge Hallman issued his Findings and Recommendation that the First Amended Complaint be dismissed pursuant to ORS 31.150(1)—this time with prejudice. (ECF 47.) On May 1, 2025, the Court adopted the Findings and Recommendation but granted Plaintiff leave to amend if he believed in good faith that he could cure the deficiencies identified in the Findings and Recommendation. (ECF 52.) The Court noted that the "amended complaint, if any, is due by May 30, 2025." (*Id.* at 4.)

On May 30, 2025, rather than file a second amended complaint, Plaintiff filed a motion for leave to conduct discovery and request for extension of time to file an amended complaint (ECF 54). On June 10, Magistrate Judge Hallman denied the motion for leave to conduct discovery and extended to June 13, 2025, "the deadline to file an amended complaint if as ordered by Judge Simon, see Order 4, [52] he believes in good faith that he can cure the deficiencies identified in the Findings and Recommendations [47]."

It is June 18, 2025, and Plaintiff has not filed a second amended complaint. Accordingly, this action is DISMISED WITH PREJUDICE.

Michael H. Simon
United States District Judge

Page 1 - JUDGMENT