**Daniel P. Larsen**, OSB: 943645
Email: dlarsen@buchalter.com
**Josh H. Escovedo**, Cal. SB: 284506
Email: jescovedo@buchalter.com
**Christina M. Morgan**, Cal. SB: 277877
Email: cmorgan@buchalter.com
BUCHALTER LLP
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191
Fax: 503.226.0079

Attorneys for Plaintiff JONATHAN TALLMAN,
an individual

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PENDLETON DIVISION

| | |
|---|---|
| JONATHAN TALLMAN, an individual, | Case No.: 2:23-cv-01773-HL |
| Plaintiff, | **RESPONSE TO DEFENDANT'S CROSS- OBJECTION TO FINDING AND RECOMMENDATION (DOC. 67)** |
| v. | |
| DILLON SPENCER, an individual, | |
| Defendant. | |

Plaintiff Jonathan Tallman responds to Defendant Dillon Spencer's Cross-Objection to

Magistrate Judge Hallman's Findings and Recommendation on Defendant's Motions for

Attorney Fees (Doc. 67).

///

///

///

///

**RESPONSE TO CROSS-OBJECTION TO F&R**
**Page 1**

Through his Cross-Objection, Defendant seeks to recover fees for an additional 2.7 hours of time spent on removal, consolidation, and settlement. Judge Hallman properly excluded these time entries from the fee award.

Defendant acknowledges that, as recently as 2021, the Oregon Court of Appeals concluded that Oregon's anti-SLAPP statute "does not provide for fees for prevailing in general or for prevailing on requests for relief that are not special motions to strike." *Chinese Consol. Benevolent Assn. v. Chin*, 316 Or. App. 514, 519 (2021). Still, Defendant attempts to limit this rule to the factual circumstances in *Chin*.

*Chin* is not so limited. It is consistent with Ninth Circuit authority, such as *Century Surety Company v. Prince*, 782 Fed.Appx. 553 (9th Cir. 2019).[1] In *Prince*, the Ninth Circuit vacated the portion of a fee award attributable to a Rule 12(b)(6) motion. Consistent with California jurisprudence, the Ninth Circuit concluded that "'a fee award under the anti-SLAPP statute may not include matters unrelated to the anti-SLAPP motion, such as… summary judgment research,' because such matters are not 'incurred in connection with the anti-SLAPP motion.'" *Prince*, 782 Fed.Appx. at 558 (quoting *569 E. Cty. Blvd. LLC v. Backcountry Against The Dump, Inc.*, 6 Cal.App.5th 426, 212 Cal.Rptr.3d 304, 310-11 (2016)). Both *Prince* and *Backcountry* postdate the contrary authorities cited by Defendant in his Cross-Objection. (*See* Doc. 71 at 2.)

Based on the foregoing, Tallman requests that the portion of Judge Hallman's recommendation that disallows recovery of fees incurred on removal, consolidation, and settlement be confirmed.

---

[1] This case is also relevant to the issues raised in Plaintiff's Objection to the Finding & Recommendation (Doc. 70)

**RESPONSE TO CROSS-OBJECTION TO F&R**
**Page 2**

BUCHALTER
805 SW Broadway, Suite 1500
Portland, OR  97205
Telephone: 503.226.1191

DATED:  February 20, 2026   BUCHALTER LLP

By _Christina Morgan_____

     **Daniel P. Larsen, OSB: 943645**
     **Josh H. Escovedo, Cal. SB: 284506**
     **Christina M. Morgan, Cal. SB: 277877**
     Telephone: 503.226.1191

     Attorneys for Plaintiff JONATHAN
     TALLMAN, an individual

BUCHALTER 108239432v2

**RESPONSE TO CROSS-OBJECTION TO F&R**
**Page 3**